J S -6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JAMES MORSE,

        Plaintiff,

    vs.

FORD MOTOR COMPANY; and
DOES 1 through 10, inclusive

        Defendants.

Case No. 2:22-cv-03041-SSS-JCx

District Judge: Sunshine Suzanne Sykes

**JUDGMENT PER RULE 68 OFFER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

      Plaintiff JAMES MORSE ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 March 22, 2024.

      Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $214,639.69 pursuant to the terms of the Rule 68 Offer.

      **IT IS SO ORDERED.**

Date: March 28, 2024

_____

Irene Vazquez
Courtroom Deputy

1

**JUDGMENT**